IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )       2:22cr299-MHT
                            )            (WO)
STACEY AUDRICE TONEY        )
```

SUPPLEMENTAL ORDER ON
TREATMENT-RELATED CONDITIONS OF SUPERVISED RELEASE

In accordance with the conditions of supervision in the judgment of conviction entered today, it is ORDERED that:

(1) Within 63 days of the commencement of supervised release, the United States Probation Office shall arrange for defendant Stacey Audrice Toney to receive mental-health treatment to address the diagnoses identified by Dr. McLendon Garrett.  *See* Psych. Report (Doc. 172-1) at 11-12.  Such treatment shall begin with an extensive mental-health evaluation to determine defendant Toney's treatment needs, especially in light of his lengthy incarceration.  Treatment shall include, at least in the beginning, biweekly sessions of individual cognitive behavioral therapy.  The sessions

shall focus on building coping skills, addressing the root causes of his substance abuse, and preventing relapse, as recommended by Dr. Garrett. *Id.* at 11.

(2) It is further ORDERED that, within 70 days of the commencement of supervised release, the United States Probation Office shall file a report on the status of the arrangements required above and on how defendant Toney is faring.

(3) The United States Probation Office shall ensure that, prior to beginning treatment, any mental-health practitioner treating defendant Toney receives a copy of the psychological evaluation conducted by Dr. McLendon Garrett, *see* Psych. Report (Doc. 172-1).

DONE, this the 22nd day of November, 2023.

                                /s/ Myron H. Thompson
                            **UNITED STATES DISTRICT JUDGE**